UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE THE MATTER OF

__Michelle Gitlitz Courtney__          M9-282
(NAME UNDER WHICH YOU WERE
ADMITTED TO PRACTICE)
-----------------------------------------------------------X

    Pursuant to the Local Rules of the Southern District of New York, as pertains to attorney admissions; I am requesting that __Michelle Gitlitz__ previously admitted under the name __Michelle Gitlitz Courtney__ is now admitted to practice on the rolls of attorneys of the Southern District of New York.

Dated:

                                                        UNITED STATES DISTRICT JUDGE
                                                                    PART I