## SUPREME COURT OF THE STATE OF NEW YORK
## APPELLATE DIVISION - FIRST DEPARTMENT

Attorney Records
41 Madison Avenue - 26th Floor
New York, NY 10010
646-386-5893

May 02, 2017

MICHELLE ANN GITLITZ, ESQ.
421 EAST 84 STREET, APT. 2R
NEW YORK, NY 10028

Dear Ms. GITLITZ:

Please be advised that your application for a change of the name under which you practice law in the State of New York, from **MICHELLE GITLITZ COURTNEY**, admitted on March 07, 2005, to **MICHELLE ANN GITLITZ**, has been granted effective May 01, 2017.

You are now listed in the records of this office as:

| FIRST | MIDDLE | LAST |
|---|---|---|
| MICHELLE | ANN | GITLITZ |

Very truly yours,

Maria Matos, Esq.
Attorney Records Clerk