UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE THE MATTER OF

_Michelle Gitlitz Courtney_                              M9-282

(NAME UNDER WHICH YOU WERE
ADMITTED TO PRACTICE)
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/17
```

      Pursuant to the Local Rules of the Southern District of New York, as pertains to attorney

admissions; I am requesting that ___Michelle Gitlitz_____

previously admitted under the name ___Michelle Gitlitz Courtney_____

is now admitted to practice on the rolls of attorneys of the Southern District of New York.

Dated:

                          UNITED STATES DISTRICT JUDGE
                                PART I

# SUPREME COURT OF THE STATE OF NEW YORK
## APPELLATE DIVISION - FIRST DEPARTMENT

**Attorney Records**
**41 Madison Avenue - 26th Floor**
**New York, NY 10010**
**646-386-5893**

May 02, 2017

MICHELLE ANN GITLITZ, ESQ.
421 EAST 84 STREET, APT. 2R
NEW YORK, NY 10028

Dear Ms. GITLITZ:

Please be advised that your application for a change of the name under which you practice law in the State of New York, from **MICHELLE GITLITZ COURTNEY**  , admitted on March 07, 2005, to **MICHELLE ANN GITLITZ**  , has been granted effective May 01, 2017.

You are now listed in the records of this office as:

| FIRST | MIDDLE | LAST |
|---|---|---|
| MICHELLE | ANN | GITLITZ |

Very truly yours,

Maria Matos, Esq.
Attorney Records Clerk